**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| C.M. *ex rel.* C.A.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:26-CV-990-CDL-AGH |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**AMENDED ORDER**

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence six of 42 U.S.C. § 405(g). The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence six of 42 U.S.C. § 405(g). This case is consequently remanded to the Commissioner of Social Security. On remand, the Commissioner will offer the Plaintiff an opportunity for an additional hearing and issue a new decision.

The Clerk of the Court is directed to administratively close this case. Plaintiff should notify the Court after proceedings at the administrative level have concluded and the case will be reopened.

SO ORDERED, this 17th day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA